## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**  **Plaintiff**

**v.**  Case No.: 4:17–cr–00293–BSM

**Kevin M Long**  **Defendant**
**(Other Custody)**

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for November 23, 2021, at 10:30 AM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

    A writ must be prepared and submitted to the United States Marshal in order to transport defendant to the proceeding.

**DATE:**  August 23, 2021             AT THE DIRECTION OF THE COURT
                                                            TAMMY H. DOWNS, CLERK

                                                         **By:**  Laura J. Bichlmeier, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas