## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                          **Case No.: 4:17–cr–00293–BSM**

**Kevin M Long**                                                                             **Defendant**
**(Other Custody)**

---

## NOTICE OF HEARING

   PLEASE take notice that the Sentencing has been rescheduled in this case for December 13, 2021, at 12:00 PM before Judge Brian S. Miller in Little Rock Courtroom # 2D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

   A writ must be prepared and submitted to the United States Marshal in order to transport defendant to the proceeding.

**DATE:** November 19, 2021                    AT THE DIRECTION OF THE COURT
                                                TAMMY H. DOWNS, CLERK

                                                **By:** Laura J. Bichlmeier, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas