IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                                    NO. 4:17CR00293-40 BSM

KEVIN M. LONG

### THE UNITED STATES OF AMERICA'S
### MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Assistant U.S. Attorney Liza Brown, for its motion for final order of forfeiture, states:

1.      On June 28, 2021, the Court entered a Preliminary Order of Forfeiture, extinguishing Defendant Kevin Long's interest in one Taurus, model 992 Tracker, .22 caliber revolver, bearing serial number FW676839; and ammunition (collectively "property subject to forfeiture").

2.      The Court's order authorized the United States to commence any applicable proceeding to comply with statutes governing third-party rights, including giving notice of the Preliminary Order of Forfeiture.  The Preliminary Order of Forfeiture also provided that if no party filed a petition, the Preliminary Order would become the Final Order of Forfeiture.

3.      The United States has complied with its noticing obligations.  The United States published notice of the forfeiture on www.forfeiture.gov for 30 consecutive days beginning on July 8, 2021.  The published notice advised all third parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged legal interest in the property subject to forfeiture.  *See* Exhibit 1, Advertisement Certification.  Additionally, the United States has made reasonable efforts to give direct notice to all persons who reasonably appear to have standing to

contest the forfeiture in an ancillary proceeding.  A trace report of the firearm suggests that it may belong to Lyn Alexander. The United States sent a notice letters to Mr. Alexander at his last known address by certified and regular first-class mail, and the U.S. Postal Service attempted to deliver the letters on November 22, 2021 and November 26, 2021.  Ultimately, the Postal Service signed the letters as undeliverable and returned them to the Unites States Attorney's Office on November 30, 2021.  The United States is now relying solely on the internet advertising as its effort to give notice to Mr. Alexander, and Mr. Alexander has not filed a petition in response to that notice.

4.      No one has filed a petition, and the time for filing petitions has expired.  The United States now requests that the Court enter a Final Order of Forfeiture that forfeits to the United States all right, title, and interest in the property subject to forfeiture and authorize the United States to dispose of the property according to law.

JONATHAN D. ROSS
United States Attorney

By: LIZA JANE BROWN
Assistant United States Attorney
Arkansas Bar No. 2004183
Post Office Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Liza.Brown@usdoj.gov