IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                           Case No. 4:17-CR-00293-BSM-40

KEVIN LONG                                                                                        DEFENDANT

## ORDER

The motion for final order of forfeiture [Doc. No. 2419] is granted. Kevin Long has been sentenced, and no one has filed a timely claim to the forfeited property identified in the preliminary order of forfeiture [Doc. No 2105].

The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property shall be turned over to the United States and disposed of according to law.

IT IS SO ORDERED this 25th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE

\